## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jose Brown

            Plaintiff,

v.                       Case No.: 1:15−cv−10445

                      Honorable Ruben Castillo

Correctional Officer Bryant, et al.

            Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 30, 2018:

  MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 5/30/2018. Full settlement reached between plaintiff, Jose Brown and any defendant employed in any fashion by the County defendants. Case Nos. 15 C 10445, 16 C 1879, 17 C 474 are hereby dismissed without prejudice subject to a dismissal with prejudice upon the filing of an appropriate settlement stipulation. Case No. 16 C 2479 is hereby reinstated and dismissed without prejudice subject to a dismissal with prejudice upon the filing of the above stipulation.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.